UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SUNHUI KIM § Case No. 13-02584
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ARVIND MAHENDRU_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-02584 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SUNHUI KIM | | | | Date Filed (f) or Converted (c): | 03/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2013 |
| For Period Ending: | 04/24/2014 | | | | Claims Bar Date: | 07/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 791 Tomlinson Terrace, Lake Mary, FL 32746 | 153,687.00 | 0.00 | OA | 0.00 | FA |
| 2. Wells Fargo Bank | 186.38 | 186.38 | | 0.00 | FA |
| 3. Electronics | 300.00 | 300.00 | | 0.00 | FA |
| 4. Household Goods & Furnishings | 350.00 | 350.00 | | 0.00 | FA |
| 5. Clothing | 350.00 | 350.00 | | 0.00 | FA |
| 6. Jewlery | 250.00 | 250.00 | | 0.00 | FA |
| 7. 2008 Honda Pilot | 8,500.00 | 4,200.00 | | 4,200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $163,623.38          $5,636.38          $4,200.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #7- 2008 Honda Pilot-One (1) lump sum payment of $4,200.00 on or before May 15, 2013
4/17/13- Notice of Assets
7/2/13 - Notice of Intent to Sell 2008 Honda Pilot Doc #15
7/2/13 - Notice of Abandonment of Property Doc # 16
7/30/13- claims reviewed
10/10/13- Trustee's Report of Sale 2008 Honda Pilot

Initial Projected Date of Final Report (TFR): 09/15/2013          Current Projected Date of Final Report (TFR): 05/03/2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-02584 | Trustee Name: | ARVIND MAHENDRU |
| Case Name: | SUNHUI KIM | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX5167 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX7575 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 04/24/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/13 | 7 | KIM, SUNHUI 730 OAKLAND HILLS CIRCLE, #104 LAKE MARY, FL 32746 | 7/2/13 - Notice of Intent to Sell 2008 Honda Pilot Doc #15 | 1129-000 | $4,200.00 | | $4,200.00 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,185.00 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,170.00 |

|   |   |
|---|---|
| COLUMN TOTALS | $4,200.00 $30.00 |
| Less: Bank Transfers/CD's | $0.00 $0.00 |
| Subtotal | $4,200.00 $30.00 |
| Less: Payments to Debtors | $0.00 $0.00 |
| Net | $4,200.00 $30.00 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 4)*    Page Subtotals:    $4,200.00    $30.00

Exhibit B

| | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX5167 - Checking Account | $4,200.00 | $30.00 | $4,170.00 |
| | $4,200.00 | $30.00 | $4,170.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,200.00 |
| Total Gross Receipts: | $4,200.00 |

# Middle District of Florida
# Claims Register

[6:13-bk-02584-CCJ Sunhui Kim](#)

**Judge:** Cynthia C. Jackson     **Chapter:** 7
**Office:** Orlando               **Last Date to file claims:** 07/22/2013
**Trustee:** Arvind Mahendru      **Last Date to file (Govt):**

| Creditor: (23367352) Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | **Claim No: 1** *Original Filed Date*: 04/23/2013 *Original Entered Date*: 04/23/2013 | *Status:* *Filed by:* CR *Entered by:* Discover Bank (KB) *Modified:* |
|---|---|---|

| Amount | claimed: | $9496.46 | |

*History:*

| [Details](#) | [1-1](#) | 04/23/2013 | Claim #1 filed by Discover Bank, Amount claimed: $9496.46 (Discover Bank (KB)) |

*Description:*
*Remarks:*

| Creditor: (23148599) Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101-7346 | **Claim No: 2** *Original Filed Date*: 04/26/2013 *Original Entered Date*: 04/26/2013 *Last Amendment Filed*: 04/22/2014 *Last Amendment Entered*: 04/22/2014 | *Status:* *Filed by:* CR *Entered by:* Internal Revenue Service *Modified:* |
|---|---|---|

| Amount | claimed: | $0.00 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |

*History:*

| [Details](#) | [2-1](#) | 04/26/2013 | Claim #2 filed by Internal Revenue Service, Amount claimed: $1500.00 (Internal Revenue Service) |
| [Details](#) | [2-2](#) | 04/22/2014 | Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service) |

*Description:*
*Remarks:*

| Creditor: (23445916) American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | **Claim No: 3** *Original Filed Date*: 05/10/2013 *Original Entered Date*: 05/10/2013 | *Status:* *Filed by:* CR *Entered by:* American InfoSource (LW) *Modified:* |
|---|---|---|


| Amount | claimed: | $11210.08 | |

*History:*

| Details | 3-1 | 05/10/2013 | Claim #3 filed by American InfoSource LP as agent for, Amount claimed: $11210.08 (American InfoSource (LW)) |

*Description:*
*Remarks:*

| *Creditor:*        (23453283)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 4**<br>*Original Filed Date*: 05/13/2013<br>*Original Entered Date*: 05/13/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource (LW)<br>*Modified:* |

| Amount | claimed: | $23439.54 | |

*History:*

| Details | 4-1 | 05/13/2013 | Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $23439.54 (American InfoSource (LW)) |

*Description:*
*Remarks:*

| *Creditor:*        (24506542)<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712        **Claimant History** | **Claim No: 5**<br>*Original Filed Date*: 07/17/2013<br>*Original Entered Date*: 07/17/2013 | *Status:* Transfer of Claim 20<br>*Filed by:* CR<br>*Entered by:* Bass & Associates, P.C. (AB)<br>*Modified:* |

| Amount | claimed: | $4529.95 | |

*History:*

| Details | 5-1 | 07/17/2013 | Claim #5 filed by Capital One, N.A., Amount claimed: $4529.95 (Bass & Associates, P.C. (AB)) |
| | 20 | 04/22/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

*Description:*
*Remarks:*

| *Creditor:*        (23680780)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 6**<br>*Original Filed Date*: 07/19/2013<br>*Original Entered Date*: 07/19/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Portfolio Recovery Associates, LLC<br>*Modified:* |

| Amount | claimed: | $638.87 | |

*History:*

| Details | 6-1 | 07/19/2013 | Claim #6 filed by Portfolio Recovery Associates, LLC, Amount claimed: $638.87 (Portfolio Recovery Associates, LLC) |

*Description:*

| Remarks: | | | |
|---|---|---|---|
| *Creditor:* (23680780)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 7**<br>*Original Filed Date*: 07/19/2013<br>*Original Entered Date*: 07/19/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Portfolio Recovery Associates, LLC<br>*Modified:* | |
| Amount claimed: $5050.31 | | | |
| History: | | | |
| Details  7-1 | 07/19/2013 | Claim #7 filed by Portfolio Recovery Associates, LLC, Amount claimed: $5050.31 (Portfolio Recovery Associates, LLC) | |
| Description: | | | |
| Remarks: | | | |

## Claims Register Summary

**Case Name:** Sunhui Kim
**Case Number:** 6:13-bk-02584-CCJ
**Chapter:** 7
**Date Filed:** 03/06/2013
**Total Number Of Claims:** 7

| Total Amount Claimed* | $54365.21 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/24/2014 13:54:27 | | | |
| **PACER Login:** | am7140 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:13-bk-02584-CCJ Filed or Entered From: 1/1/1900 Filed or Entered To: 4/24/2014 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

/s/ Arvind Mahendru
UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02584
Case Name: SUNHUI KIM
Trustee Name: ARVIND MAHENDRU

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: ARVIND MAHENDRU | $ | $ | $ |
| Trustee Expenses: ARVIND MAHENDRU | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 2 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors $_____

  Remaining Balance            $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 3 | American Infosource Lp As Agent For | $ | $ | $ |
| 4 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 5 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 6 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 7 | Portfolio Recovery Associates, Llc | $ | $ | $ |

  Total to be paid to timely general unsecured creditors    $_____

  Remaining Balance            $_____

  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE